UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
PAULINA DEMARCO,

              Plaintiff,

-against-

STONY BROOK CLINICAL PRACTICE
MANAGEMENT PLAN, and THE RESEARCH
FOUNDATION OF THE STATE UNIVERSITY
OF NEW YORK,

              Defendants.
------------------------------------------------------------X

JUDGMENT
06-CV- 4305 (JG)

FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y
★ SEP 15 2008 ★
P.M. _____
TIME A.M. _____

A Memorandum and Order of Honorable John Gleeson, United States District Judge, having been filed on September 15, 2008, granting defendants' motion for summary judgment in its entirety; it is

ORDERED and ADJUDGED that plaintiff take nothing of the defendants; and that defendants' motion for summary judgment is granted in its entirety.

Dated: Brooklyn, New York
       September 15, 2008

ROBERT C. HEINEMANN
Clerk of Court

By s/Terry Vaughn
     Chief Deputy